EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-382-489

**Effective Date of Registration:**
December 04, 2023
**Registration Decision Date:**
February 13, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Colorful game controller |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | July 03, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Peichao Ji |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Suzhou Jihekai Network Technology Co., Ltd<br>Room 106, No. 4-1 Huqiu Road, Gusu District, Suzhou, China |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Suzhou Jihekai Network Technology Co., Ltd |
| **Address:** | Room 106, No. 4-1 Huqiu Road, Gusu District<br>Suzhou  China |

## Certification

| | |
|---|---|
| **Name:** | Bella Fang |
| **Date:** | December 04, 2023 |

Page 1 of 2

**Registration #:** VA0002382489
**Service Request #:** 1-13269348531



Way Insight IP Services
Nitin Kaushik
50 Lerer Lane
Staten Island, NY 10307 United States