CASE NO. 0:25-cv-62217-RS

Suzhou Jihekai Network Technology Co., Ltd.,
    Plaintiff,

v.

The Partnerships and Unincorporated
Associations Identified in Schedule A,
    Defendants.
_____/

## DECLARATION IN SUPPORT OF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION

I, Hui ́e Yu, declare as follows:

1. I am the corporate representative of Defendant SUYUI ("Defendant") in the above-captioned matter. I make this declaration based on my personal knowledge, except where stated on information and belief, and I am competent to testify to the matters stated herein.

2. I am the operator of Defendant's business that designed, manufactured, and sold the product accused of infringement in this case (the "Accused Product").

3. The design files for the Accused Product were created and timestamped on April 8, 2023. A true and correct copy of the relevant design file metadata or screenshot showing this timestamp, along with an English translation, is attached to the Defendant's filings as Exhibit A [DE 39-1].

4. The Accused Product was independently created by our company and/or my team without any access to or copying of the Plaintiff's alleged copyrighted work.

before June 26, 2023. True and correct copies of screenshots from the 1688.com listing confirming this public availability are attached to the Defendant's filings as Exhibit B [DE 39-2].

6. These dates of creation and public listing—April 8, 2023, and June 26, 2023, respectively—precede the Plaintiff's claimed first publication of the alleged copyrighted work in 2023 and the Plaintiff's copyright registration in 2024.

7. At an evidentiary hearing, I am prepared to demonstrate access to the backend data of the 1688.com platform to further confirm the starting date of sales of the Accused Product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15 day of December , 2025.

_____
Print Name: Hui ´e Yu
Corporate Representative of
SUYUI